# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NATALY FLORES, <br><br> Defendant. | PO-16-5038-GF-JTJ <br><br> VIOLATION: 5015351 <br><br> Location Code: M13 <br><br> ORDER |

Upon unopposed motion of the United States and for good cause shown,

IT IS ORDERED that the above citation is dismissed.

DATED this 25th day of August, 2016.

_____
John Johnston
United States Magistrate Judge